Velez v Central Parking Sys. of N.Y., Inc.

2026 NY Slip Op 03252

May 21, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Candido Velez, Plaintiff-Respondent,

v

Central Parking System of New York, Inc. et al, Defendants-Appellants.

Decided and Entered: May 21, 2026

Index No. 26258/18|Appeal No. 6689|Case No. 2025-04278|

Before: Kennedy, J.P., Scarpulla, Mendez, Rodriguez, Rosado, JJ.

Barry McTiernan & Moore LLC, New York (Courtney Chadwell of counsel), for appellants.

The Breakstone Law Firm, P.C., Bellmore (Jay L.T. Breakstone of counsel), for respondent.

[*1]

Order, Supreme Court, Bronx County (Bianka Perez, J.), entered June 30, 2025, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff Candido Velez commenced this personal injury action alleging that he slipped and fell on liquid inside an indoor parking garage owned and operated by defendants Central Parking System of New York, Inc., Flushing Plaza Residential, LLC, and Flushing Plaza Commercial, LLC. Defendants initially established prima facie entitlement to summary judgment based on lack of actual or constructive notice by submitting evidence of their inspection routines and that the last time the area was inspected before the accident was approximately 30 minutes before plaintiff fell. In opposition, plaintiff submitted additional evidence, including an affidavit addressing the frequency of the pooling water at the accident site and his prior complaint, prior inspection notes of water on the nearby stairs, and photos of the area appearing to show water leaking in the manner plaintiff described. This evidence raises an issue of fact as to whether there was a recurring water condition at the accident site of which defendants had constructive notice but failed to remediate (see De Barcacel v 1015 Concourse Owners Corp., 204 AD3d 605, 607 [1st Dept 2022]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 21, 2026